# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-00020-01-CR-W-GAF |
| ) | |
| WILL D. MOORE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 5, 2014, defendant Will D. Moore's counsel filed a motion pursuant to 18 U.S.C. § 4241 for a determination of the mental competency of the defendant to stand trial. On November 6 2014, United States Magistrate Judge John T. Maughmer held a hearing on the issue of defendant Will D. Moore's competency. At this hearing, counsel stipulated that the Court could consider the psychological or psychiatric report of Dr. Jeremiah Dwyer as if Dr. Dwyer had appeared in person and testified under oath. No additional evidence was offered by either party. On November 6, 2014, Judge John T. Maughmer issued his Report and Recommendation (Doc. #27).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is

ORDERED that defendant Will D. Moore is found to be competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: November 21, 2014